PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jarod Ravenell  Cr.: 18-00168-001
PACTS #: 1564021

Name of Sentencing Judicial Officer:   THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/08/2019

Original Offense:    21 U.S.C., Section 846; Conspiracy to Distribute a Controlled Substance

Original Sentence: 60 months imprisonment, 4 years supervised release, $100 Special Assessment

Special Conditions: Drug Testing and/or Treatment, Gang Restriction, Life Skills/Education, Motor Vehicle Compliance, Support Dependents, DNA testing

Type of Supervision: Supervised Release                         Date Supervision Commenced: 10/03/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    On April 10, 2020, Ravenell was arrested by the Newark Police Department and charged with Possession of a Controlled Dangerous Substance.  Ravenell explained to the undersigned officer that he was questioned and searched upon leaving a food store.  Police reportedly recovered a small amount of "Spice" (synthetic marijuana) from his jacket.  Ravenell related that he was borrowing a friend's jacket and was unaware it contained narcotics.  Ravenell was issued a summons and is awaiting a court date.  Our office has requested the arrest reports and are awaiting the same.

Prob 12A – page 2
Jarod Ravenell

U.S. Probation Officer Action:

The Probation Office will attempt to increase supervision efforts with the offender. In light of the current public health crisis, our office recommends withholding Court action at this time. We will keep the Court apprised of Ravenell's pending charge and any additional instances of noncompliance.

Respectfully submitted,

By:  Anthony J. Nisi
U.S. Probation Officer
Date:  04/15/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

Signature of Judicial Officer

4/16/2020
Date